UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-696 |
| | § | |
| JASON COKES | § | |

## ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore, ORDERED that **EVER IVAN MENDOZA-MARTINEZ AND OBEDELY MENDOZA-MARTINEZ,** be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement.

It is further ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED and ORDERED this 16th day of January, 2008.

_____
Janis Graham Jack
United States District Judge